UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRYAN PENNINGTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:12-CV-00005-SNLJ |
| | ) |
| INTEGRITY COMMUNICATIONS, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This cause came before the court for jury trial on June 16-19, 2014. Plaintiffs had previously dismissed their Missouri State law claims, all minimum wage claims, all claims against Integrity Communications, LLC, and Bryan Pennington's retaliation claim. The only claims that were submitted during the trial for decision were the remaining claims, the claims for alleged unpaid overtime under the FLSA and the ERISA claims which were to be tried by the court. Those claims, constituting all of the remaining claims of plaintiffs, were tried. Evidence was adduced. The jury on June 19, 2014, returned verdicts in favor of Defendants Ray Rehder, Holly Rehder and Integrity Communications, Inc and against Plaintiffs Steve Pennington Sr, Steve Pennington Jr. and Bryan Pennington. Based upon those jury verdicts, which were in proper form, the Court will enter judgment in favor of Defendants.

Accordingly,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendants Ray Rehder, Holly Rehder and Integrity Communications, Inc. and against Plaintiffs' Steve

-1-

Pennington Sr, Steve Pennington Jr. and Bryan Pennington on all claims. Costs taxed to Plaintiffs.

STEPHEN L. LIMBAUGH, SR. JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2014